IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joy Pivec<br><br>        Plaintiff,<br><br>   v.<br><br>Hubbard Radio Washington DC, LLC<br>d/b/a WTOP Radio<br><br>        Defendant. | Civil Action No. 1:18-cv-97 |

## NOTICE OF REMOVAL

Defendant Hubbard Radio Washington DC, LLC d/b/a WTOP Radio ("WTOP" or

"Defendant"), by and through its undersigned counsel, hereby removes this action from the

Superior Court for the District of Columbia to the United States District Court for the District of

Columbia pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  As grounds for removal, WTOP

states as follows:

### INTRODUCTION

1.      On December 13, 2017, Plaintiff Joy Pivec filed a two-count complaint in the

Superior Court for the District of Columbia, styled as *Pivec v. Hubbard Radio Washington DC,*

*LLC*, Civil case No. 17CA8335, against WTOP.  Plaintiff's complaint alleges discrimination in

violation of the District of Columbia Human Rights Act and wrongful retention, training and

supervision of an employee.

2.     This Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship, the claims at issue are alleged to exceed $75,000, exclusive of costs and interest, and Defendant WTOP is not a citizen of the District of Columbia.

3.     In filing this Notice of Removal and appearing herein, WTOP does not waive and does not intend to waive any defense available to it in law or in equity, including but not limited to defenses based on failure to state a claim upon which relief may be granted.

**GROUNDS FOR REMOVAL**

4.     Plaintiff is a citizen of Maryland.  Compl. ¶ 3 (filed herewith as Exhibit A).

5.     WTOP is a Delaware limited liability company.  Compl. ¶ 4.  WTOP's sole member is Hubbard Radio, LLC, which is also a Delaware limited liability company.  Hubbard Radio, LLC's sole member is Hubbard Radio Holdings, LLC, which is another Delaware limited liability company.  Hubbard Radio Holdings, LLC's sole member is Hubbard Broadcasting, Inc., which is a Minnesota corporation with its principal place of business in Minnesota.  WTOP is therefore a citizen of Minnesota.[1]

6.     In Plaintiff's Complaint, she demands from WTOP punitive damages in the amount of $3,000,000.00.  *See* Compl., *ad damnum* clause.  Thus, the amount in controversy clearly exceeds $75,000, exclusive of costs and interest.

7.     Because there is complete diversity of the parties and because the amount in controversy requirement is satisfied, removal of this case pursuant to 28 U.S.C. § 1441(a)-(b) is appropriate based on diversity of citizenship under 28 U.S.C. § 1332.

---

[1] In *Matah Holdings, LLC v. Mega Group Inc.*, 2008 WL 2901208 (D.D.C. July 24, 2008), this Court held that the citizenship of an LLC is determined by the citizenship of its members.

**NOTICE AND CERTIFICATION**

8.      Pursuant to 28 U.S.C. § 1446(b)(1), this Notice is timely, because it has been filed within thirty days of WTOP's receipt of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

9.      Pursuant to 28 U.S.C. § 1446(d), WTOP is providing written notice of this Notice of Removal to all adverse parties and a copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the District of Columbia.

10.     Copies of all process, pleadings, documents and orders which have been received by WTOP or obtained from the Superior Court for the District of Columbia are filed herewith as Exhibit A.

WHEREFORE, notice is given that this action is removed from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

DATED:      January 16, 2018

By:    /s/ Barbara B. Brown
        Barbara B. Brown, Bar No. 355420
        Kenneth Willner, Bar No. 415906
        PAUL HASTINGS LLP
        875 15th Street, N.W.
        Washington, District of Columbia  20005
        Telephone: 1(202) 551-1700
        Facsimile: 1(202) 551-1705
        barbarabrown@paulhastings.com
        kenwillner@paulhastings.com

        *Attorneys for Defendant WTOP*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of January, 2018, I caused a true and exact copy of

the above-captioned document to be served via first class mail, postage prepaid, on the

following:

Philip B. Zipin, Bar Number 367362
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373
pzipin@zagfirm.com

*Attorney for Plaintiff*

                        __/s/ Barbara B. Brown_____
                        Barbara B. Brown