IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joy Pivec,<br><br>        Plaintiff,<br><br>v.<br><br>Hubbard Radio Washington DC, LLC<br>d/b/a WTOP Radio,<br><br>        Defendant. | Civil Action No. 1:18-cv-00097-RC |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Joy Pivec ("Plaintiff") and Defendant Hubbard Radio Washington DC, LLC d/b/a WTOP Radio ("Defendant" or "WTOP") (collectively, the "Parties") jointly move the Court for entry of the attached Stipulated Protective Order and Confidentiality Agreement (attached to the Joint Motion for Entry of Protective Order as Exhibit A) on the following grounds:

1.    During discovery, the Parties will be producing, among other things, confidential, proprietary or sensitive business information, and confidential and sensitive personnel information regarding employees or former employees of WTOP, including Plaintiff and individuals not parties to this action.

2.    It may be necessary for the Parties to file such materials with the Court in support of or in opposition to pretrial motions and as proposed trial exhibits.

3.    The Parties agree to abide by Local Rule 5.1(h) with respect to any party's request to file documents under seal with the Court.

4.    The Parties jointly seek this relief.

///

///

THEREFORE, the Parties respectfully request that this Court enter the Stipulated Protective Order and Confidentiality Agreement in this case.

DATED:  April 26, 2018                ZIPIN, AMSTER & GREENBERG, LLC


By:  */s/ Philip B. Zipin*
　　　Philip B. Zipin, Bar Number 367362
　　　8757 Georgia Avenue, Suite 400
　　　Silver Spring, Maryland 20910
　　　(301) 587-9373
　　　pzipin@zagfirm.com

Attorneys for Plaintiff
JOY PIVEC


DATED:  April 26, 2018                PAUL HASTINGS LLP


By:  */s/ Kenneth M. Willner*
　　　Barbara B. Brown, Bar No. 355420
　　　Kenneth M. Willner, Bar No. 415906
　　　PAUL HASTINGS LLP
　　　875 15th Street, N.W.
　　　Washington, D.C. 20005
　　　Telephone: (202) 551-1700
　　　Facsimile: (202) 551-1705
　　　barbarabrown@paulhastings.com
　　　kenwillner@paulhastings.com

Attorneys for Defendant
HUBBARD RADIO WASHINGTON DC, LLC
d/b/a WTOP Radio