IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joy Pivec, <br><br> Plaintiff, <br><br> v. <br><br> Hubbard Radio Washington DC, LLC d/b/a WTOP Radio, <br><br> Defendant. | Civil Action No. 1:18-cv-00097-RC |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DEADLINE TO COMPLETE DISCOVERY RELATED TO PLAINTIFF'S MEDICAL CONDITION**

Plaintiff Joy Pivec ("Plaintiff") and Defendant Hubbard Radio Washington DC, LLC d/b/a WTOP Radio ("Defendant" or "WTOP") (collectively, the "Parties") jointly move the Court for an order extending the deadline to complete discovery related to Plaintiff's medical condition from October 8, 2018, to December 7, 2018, on the following grounds:

1. On August 8, 2018, the Court issued an order setting October 8, 2018 as the deadline to complete discovery related to Plaintiff's medical condition, and ordering Plaintiff to produce various information and documents related to her medical condition. (Dkt. No. 21.)

2. Since the Court's August 8, 2018 order, there have been additional information and documents produced by Plaintiff as well as third parties in response to subpoenas. Defendant did not receive some of these records until as recently as October 1, 2018. The recently obtained records warrant additional subpoenas and depositions, which cannot be completed on or before October 8, 2018. Defendant timely served deposition subpoenas on two third-party witnesses to be completed before October 8, 2018, but one of the witnesses has indicated she is not available for deposition until after the current

1

discovery deadline.  Moreover, Defendant is still awaiting records from other outstanding subpoenas that it timely served.  These additional records may also necessitate further discovery, including depositions.

      3.      The Parties request the deadline to complete discovery to be extended to December 7, 2018, because counsel for Plaintiff will be in trial in a separate matter in early November, and counsel for Defendant will be in trial in a separate matter in mid-November.  Therefore, counsel for the Parties need additional time to be able to coordinate and schedule depositions.

      4.      The Parties jointly seek this relief.

      5.      Defendant additionally requests leave for its medical expert witness to supplement his report to include records and deposition transcripts relating to Plaintiff's condition that are relevant but were not available when he submitted his report on the Court-ordered deadline of July 11, 2018.

THEREFORE, the Parties respectfully request that this Court enter an order extending the deadline to complete discovery related to Plaintiff's medical condition to December 7, 2018, and vacate the October 12, 2018 status conference and reset it to a date after completion of discovery.  Defendant additionally requests leave for its expert witness to supplement his report by no later than December 21, 2018, two weeks after completion of discovery.

DATED:  October 2, 2018                    ZIPIN, AMSTER & GREENBERG, LLC

                                            By:  */s/ Philip B. Zipin*
                                                  Philip B. Zipin, Bar Number 367362
                                                  8757 Georgia Avenue, Suite 400
                                                  Silver Spring, Maryland 20910
                                                  (301) 587-9373
                                                  pzipin@zagfirm.com

Attorneys for Plaintiff
JOY PIVEC

DATED:  October 2, 2018                KAMEROW LAW FIRM, PLLC


By:  */s/ Norman G. Schneider*
    Norman G. Schneider
    4900 Leesburg Pike, Suite 310
    Alexandria, Virginia  22302
    (703) 370-8088
    nschneider@kamerowlaw.com

Attorneys for Plaintiff
JOY PIVEC

DATED:  October 2, 2018                PAUL HASTINGS LLP


By:  */s/ Kenneth M. Willner*
    Barbara B. Brown, Bar No. 355420
    Kenneth M. Willner, Bar No. 415906
    Anna Kim, Bar No. 252566
    PAUL HASTINGS LLP
    875 15th Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 551-1700
    Facsimile: (202) 551-1705
    barbarabrown@paulhastings.com
    kenwillner@paulhastings.com
    annakim@paulhastings.com

Attorneys for Defendant
HUBBARD RADIO WASHINGTON DC, LLC
d/b/a WTOP Radio