IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joy Pivec,<br><br>                    Plaintiff,<br><br>          v.<br><br>Hubbard Radio Washington DC, LLC<br>d/b/a WTOP Radio,<br><br>                    Defendant. | Civil Action No. 1:18-cv-00097-RC-GMH |

**JOINT STATUS REPORT**

In the March 1, 2019 Order (ECF No. 28), the Court ordered the Parties to submit a joint status report by April 30, 2019, updating the Court on the progress and/or schedule of mediation.

The Parties have scheduled mediation with Magistrate Judge Harvey to take place on June 5, 2019. Following the mediation, the Parties will advise the Court promptly whether the case has settled in whole or in part.

DATED:  April 30, 2019                ZIPIN, AMSTER & GREENBERG, LLC


                                                            By:   */s/ Philip B. Zipin*
                                                                    Philip B. Zipin, Bar No. 367362
                                                                    8757 Georgia Avenue, Suite 400
                                                                    Silver Spring, Maryland 20910
                                                                    (301) 587-9373
                                                                    pzipin@zagfirm.com

                                                            Attorneys for Plaintiff
                                                            JOY PIVEC

DATED:  April 30, 2019						KAMEROW LAW FIRM, PLLC


							By:   /s/ Norman G. Schneider
							     Norman G. Schneider, Bar No. 415524
							     4900 Leesburg Pike, Suite 310
							     Alexandria, Virginia  22302
							     (703) 370-8088
							     nschneider@kamerowlaw.com

							Attorneys for Plaintiff
							JOY PIVEC


DATED:  April 30, 2019						PAUL HASTINGS LLP


							By:   /s/ Kenneth M. Willner
							     Barbara B. Brown, Bar No. 355420
							     Kenneth M. Willner, Bar No. 415906
							     Anna Kim, Bar No. 252566
							     PAUL HASTINGS LLP
							     875 15th Street, N.W.
							     Washington, D.C. 20005
							     Telephone: (202) 551-1700
							     Facsimile: (202) 551-1705
							     barbarabrown@paulhastings.com
							     kenwillner@paulhastings.com
							     annayoon@paulhastings.com

							Attorneys for Defendant
							HUBBARD RADIO WASHINGTON DC, LLC
							d/b/a WTOP Radio