IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joy Pivec,<br><br>          Plaintiff,<br><br>     v.<br><br>Hubbard Radio Washington DC, LLC<br>d/b/a WTOP Radio,<br><br>          Defendant. | Civil Action No. 1:18-cv-00097-RC |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joy Pivec ("Plaintiff") and Defendant Hubbard Radio Washington DC, LLC d/b/a WTOP Radio ("Defendant") (collectively, the "Parties") hereby stipulate and agree that all claims in the above-captioned action are hereby dismissed with prejudice. The Parties further stipulate and agree that all pending motions are withdrawn.

**SO STIPULATED.**

DATED: June 12, 2019          ZIPIN, AMSTER & GREENBERG, LLC

By: */s/ Philip B. Zipin*
Philip B. Zipin, Bar No. 367362
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373
pzipin@zagfirm.com

Attorneys for Plaintiff
JOY PIVEC

| | |
|---|---|
| DATED:  June 12, 2019 | KAMEROW LAW FIRM, PLLC |

                By:  */s/ Norman G. Schneider*
                    Norman G. Schneider, Bar No. 415524
                    4900 Leesburg Pike, Suite 310
                    Alexandria, Virginia  22302
                    (703) 370-8088
                    nschneider@kamerowlaw.com

Attorneys for Plaintiff
JOY PIVEC

| | |
|---|---|
| DATED:  June 12, 2019 | PAUL HASTINGS LLP |

                By:  */s/ Kenneth M. Willner*
                    Barbara B. Brown, Bar No. 355420
                    Kenneth M. Willner, Bar No. 415906
                    Anna Yoon, Bar No. 252566
                    PAUL HASTINGS LLP
                    875 15th Street, N.W.
                    Washington, D.C. 20005
                    Telephone: (202) 551-1700
                    Facsimile: (202) 551-1705
                    barbarabrown@paulhastings.com
                    kenwillner@paulhastings.com
                    annayoon@paulhastings.com

Attorneys for Defendant
HUBBARD RADIO WASHINGTON DC, LLC
d/b/a WTOP RADIO

**SO ORDERED:**

This _____ day of _____, 2019

 

                                                          _____
                                                          The Honorable Rudolph Contreras
                                                          United States District Judge