IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joy Pivec,<br><br>            Plaintiff,<br><br>v.<br><br>Hubbard Radio Washington DC, LLC<br>d/b/a WTOP Radio,<br><br>            Defendant. | Civil Action No. 1:18-cv-00097-RC |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joy Pivec ("Plaintiff") and Defendant Hubbard Radio Washington DC, LLC d/b/a WTOP Radio ("Defendant") (collectively, the "Parties") hereby stipulate and agree that all claims in the above-captioned action are hereby dismissed with prejudice. The Parties further stipulate and agree that all pending motions are withdrawn.

**SO STIPULATED.**

DATED: June 12, 2019                      ZIPIN, AMSTER & GREENBERG, LLC

                                                  By: */s/ Philip B. Zipin*
                                                       Philip B. Zipin, Bar No. 367362
                                                       8757 Georgia Avenue, Suite 400
                                                       Silver Spring, Maryland 20910
                                                       (301) 587-9373
                                                       pzipin@zagfirm.com

                                                       Attorneys for Plaintiff
                                                       JOY PIVEC

DATED: June 12, 2019                     KAMEROW LAW FIRM, PLLC


                                         By: /s/ Norman G. Schneider
                                             Norman G. Schneider, Bar No. 415524
                                             4900 Leesburg Pike, Suite 310
                                             Alexandria, Virginia 22302
                                             (703) 370-8088
                                             nschneider@kamerowlaw.com

                                         Attorneys for Plaintiff
                                         JOY PIVEC


DATED: June 12, 2019                     PAUL HASTINGS LLP


                                         By: /s/ Kenneth M. Willner
                                             Barbara B. Brown, Bar No. 355420
                                             Kenneth M. Willner, Bar No. 415906
                                             Anna Yoon, Bar No. 252566
                                             PAUL HASTINGS LLP
                                             875 15th Street, N.W.
                                             Washington, D.C. 20005
                                             Telephone: (202) 551-1700
                                             Facsimile: (202) 551-1705
                                             barbarabrown@paulhastings.com
                                             kenwillner@paulhastings.com
                                             annayoon@paulhastings.com

                                         Attorneys for Defendant
                                         HUBBARD RADIO WASHINGTON DC, LLC
                                         d/b/a WTOP RADIO


**SO ORDERED:**

This ___13th___ day of ___June___, 2019


                                         _____
                                         The Honorable Rudolph Contreras
                                         United States District Judge